1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
2  55 Second Street, 24th Floor
   San Francisco, California  94105
3  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
4  jeffwohl@paulhastings.com

5  STEPHEN H. HARRIS (Cal. State Bar No. 184608)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
6  515 South Flower Street, 25th Floor
   Los Angeles, California  90071
7  Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
8  stephenharris@paulhastings.com

9  Attorneys for Defendant
   Los Alamos National Security, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSITY PROFESSIONAL AND TECHNICAL EMPLOYEES, CWA LOCAL 9119, AFL-CIO; RICHARD MONTOYA; CATHERINE CHAPMAN; THOMAS MARKS; and MANUEL TRUJILLO,<br><br>Plaintiffs/Petitioners,<br><br>vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA; LOS ALAMOS NATIONAL SECURITY, LLC; and DOES 1 TO 40, inclusive,<br><br>Defendants/Respondents | No. C-06-03326-SBA<br><br>**STIPULATION AND ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PARTIES' CROSS-MOTIONS AND RESETTING CASE MANAGEMENT DATES** |

**STIPULATION**

Plaintiffs University Professional and Technical Employees, CWA Local 9119, AFL-CIO; Richard Montoya; Catherine Chapman; Thomas Marks; and Manual Trujillo, and defendants The Regents of the University of California and Los Alamos National Security, LLC, acting through their respective counsel of record, hereby stipulate as follows:

1. This action was commenced in California Superior Court, Alameda County (the "Superior Court"), on April 18, 2006, and removed to this Court on May 19, 2006.

2. Defendants' response to plaintiffs' complaint was due on June 19, 2006.

3. On May 31, 2006, plaintiffs e-filed a First Amended Complaint.

4. Plaintiffs intend to move to remand this action to the Superior Court. Defendants intend to bring motions to dismiss the First Amended Complaint.

5. After conferring, the parties wish to coordinate the scheduling of their respective motions to avoid conflicts with the Court's hearing availability and their calendars.

6. Accordingly, the parties have agreed and respectfully request that the Court approve the following briefing and hearing schedule for their respective motions:

| | |
|---|---|
| July 28, 2006: | Plaintiffs to e-file their motion to remand. |
| | Defendants to e-file their motions to dismiss (the due date for defendants' response to plaintiffs' First Amended Complaint would be extended to this date) |
| August 25, 2006: | Parties to e-file their oppositions to the pending motions |
| September 12, 2006: | Parties to e-file their replies in support of their respective motions. |
| September 26, 2006: | Hearing on parties' respective motions (1:00 p.m.) |

7. Because these motions should be decided before the parties embark on case management proceedings, the parties further have agreed and respectfully request that the Court reset the case management dates previously set in this action as follows:

///

///

///

|  |  |
|---|---|
| November 2, 2006: | Last day for parties to meet and confer regarding initial disclosures, early settlement, ADR processes, and discovery; last day for parties to file ADR certification and either stipulation to ADR process or notice of need for ADR telephone conference |
| November 22, 2006: | Last day for parties to complete their initial disclosures or state objections in Rule 26(f) report, file case management statement and Rule 26(f) report |
| December 4, 2006: | Initial case management conference (3:00 p.m.) |

8. By entering into this stipulation, the parties do not waive any objection, claim, or defense they may have.

Dated:  June ___, 2006.        PETER W. SALTZMAN
                               ARTHUR A. KRANTZ
                               LEONARD CARDER, LLP


                               By: _____
                                        Arthur A. Krantz
                                     Attorneys for Plaintiffs
                               University Professional and Technical Employees,
                               CWA Local 9119, AFL-CIO; Richard Montoya;
                               Catherine Chapman; Thomas Marks; and
                                       Manual Trujillo

Dated:  June ___, 2006.        MARY C. OPPEDAHL
                               REED SMITH LLP


                               By: _____
                                        Mary C. Oppedahl
                                     Attorneys for Defendant
                               The Regents of the University of California

LEGAL_US_W # 53655777.2

-2-      STIPULATION AND ORDER RE: MOTIONS, *ETC*.
         U.S.D.C., N.D. Cal., No. C-06-03326-SBA

1
2  Dated: June ___, 2006.           JEFFREY D. WOHL
3                                   STEPHEN H. HARRIS
                                    PAUL, HASTINGS, JANOFSKY & WALKER LLP
4
                                    By: _____
5                                         Jeffrey D. Wohl
                                          Attorneys for Defendant
6                                         Los Alamos National Security, Inc.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 **ORDER**

2      Based on the parties' stipulation, and good cause appearing therefor,

3      IT IS ORDERED that the Court adopts the following briefing and hearing schedule for the
4 parties' planned motions to remand and to dismiss, and resets case management proceedings, as follows:

5      July 28, 2006:          Plaintiffs to e-file their motion to remand.
6                              Defendants to e-file their motions to dismiss (the due date for
7                              defendants' response to plaintiffs' First Amended Complaint is
8                              hereby extended to this date)
9      August 25, 2006:        Parties to e-file their oppositions to the pending motions
10     September 12, 2006:     Parties to e-file their replies in support of their respective motions.
11     September 26, 2006:     Hearing on parties' respective motions (1:00 p.m.)
12     November 2, 2006:       Last day for parties to meet and confer regarding initial
13                              disclosures, early settlement, ADR processes, and discovery; last
14                              day for parties to file ADR certification and either stipulation to
15                              ADR process or notice of need for ADR telephone conference
16     November 22, 2006:      Last day for parties to complete their initial disclosures or state
17                              objections in Rule 26(f) report, file case management statement
18                              and Rule 26(f) report
19     December 4, 2006:       Initial case management conference set for December 6, 2006, at
20                              2:30 p.m. Plaintiff's counsel is to set up the conference call with all
21                              the parties on the line and call chambers at (510) 637-3559.

22     Dated: June 12, 2006.

23                                                   _____
                                                     Saundra Brown Armstrong
24                                                   United States District Judge

LEGAL_US_W # 53655777.2                    -4-                    STIPULATION AND ORDER RE: MOTIONS, *ETC*.
                                                                         U.S.D.C., N.D. Cal., No. C-06-03326-SBA