JEFFREY D. WOHL (Cal. State Bar No. 96838)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California  94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com

STEPHEN H. HARRIS (Cal. State Bar No. 184608)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, California  90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
stephenharris@paulhastings.com

Attorneys for Defendant
Los Alamos National Security, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSITY PROFESSIONAL AND TECHNICAL EMPLOYEES, CWA LOCAL 9119, AFL-CIO; RICHARD MONTOYA; CATHERINE CHAPMAN; THOMAS MARKS; and MANUEL TRUJILLO, <br><br>                    Plaintiffs/Petitioners, <br><br>          vs. <br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA; LOS ALAMOS NATIONAL SECURITY, LLC; and DOES 1 TO 40, inclusive, <br><br>                    Defendants/Respondents. | No. C-06-03326-SBA <br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF DUE DATE FOR REPLIES ON PARTIES' PENDING MOTIONS AND RE-SCHEDULING OF CMC DATES** <br><br>Hearing Date: November 7, 2006 <br>Hearing Time: 1:00 p.m. <br>Courtroom:    3 <br>Judge:        Hon. Saundra Brown Armstrong <br><br>Trial date:   Not yet set |

# STIPULATION

Plaintiffs University Professional and Technical Employees, CWA Local 9119, AFL-CIO; Richard Montoya, Catherine Chapman, Thomas Marks, and Manuel Trujillo; and defendants The Regents of the University of California and Los Alamos National Security, LLC, acting through their respective counsel of record, hereby stipulate as follows:

1. The Court currently has noticed before it for hearing on November 7, 2006, plaintiffs' motion to remand this action to state court; and defendants' assorted motions to dismiss plaintiffs' First Amended Complaint, to strike plaintiffs' demand for monetary relief, and for a more definite statement of the injunctive relief they seek. This motion originally was noticed for hearing on September 26, 2006, and after the parties requested a continuance to accommodate the schedule of counsel for defendant Los Alamos National Security, LLC, the Court re-set the hearing for November 7, 2006.

2. In light of the continued hearing date, the parties would like additional time to prepare their replies in support of the motions. The parties propose a new due date of October 10, 2006, which would provide four weeks before the hearing for the Court to consider the replies along with the other motion papers.

3. Also as a consequence of the continuance of the motion-hearing date to November 7, 2006, and the possible outcomes of the motion (which include a remand of this action to state court or a dismissal of this action), the parties believe there is good cause to continue the case management dates as follows so to avoid possibly unnecessary work and related expenses:

| Event | Current Date | Proposed New Date |
| --- | --- | --- |
| Last day for parties to meet and confer regarding initial disclosures, early settlement, ADR processes, and discovery; last day for parties to file ADR certification and either stipulation to ADR process or notice of need for ADR telephone conference | November 2, 2006 | December 4, 2006 |
| Last day for parties to complete their initial disclosures or state objections in Rule 26(f) report, | November 22, 2006 | December 20, 2006 |

| Event | Current Date | Proposed New Date |
|---|---|---|
| file case management statement and Rule 26(f) report | | |
| Initial case management conference (3:00 p.m | December 6, 2006 | January 8, 2007 |

4. The parties therefore believe there is good cause and respectfully request that the Court approve this stipulation and reset the dates as requested.

Dated:  September ___, 2006.        ARTHUR A. KRANTZ
                                    LEONARD CARDER, LLP


                                    By: _____
                                              Arthur A. Krantz
                                          Attorneys for Plaintiffs
                                    University Professional and Technical Employees,
                                     CWA Local 9119, AFL-CIO; Richard Montoya,
                                       Catherine Chapman, Thomas Marks, and
                                                Manuel Trujillo

Dated:  September ___, 2006.        MARY C. OPPEDAHL
                                    REED SMITH LLP


                                    By: _____
                                              Mary C. Oppedahl
                                          Attorneys for Defendant
                                    The Regents of the University of California

Dated:  September ___, 2006.        JEFFREY D. WOHL
                                    STEPHEN H. HARRIS
                                    PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                    By: _____
                                              Jeffrey D. Wohl
                                          Attorneys for Defendant
                                      Los Alamos National Security, LLC

# ORDER

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the replies in support of the motion of plaintiffs University Professional and Technical Employees, CWA Local 9119, AFL-CIO; Richard Montoya, Catherine Chapman, Thomas Marks, and Manuel Trujillo to remand this action to state court and the respective motions of defendant The Regents of the University of California and Los Alamos National Security, LLC, to dismiss plaintiffs' plaintiffs' First Amended Complaint, to strike their demand for monetary relief, and for a more definite statement of the injunctive relief they seek may be filed by October 10, 2006.

IT IS FURTHER ORDERED that the case management dates will be reset as follows:

| Event | Current Date | Proposed New Date |
| --- | --- | --- |
| Last day for parties to meet and confer regarding initial disclosures, early settlement, ADR processes, and discovery; last day for parties to file ADR certification and either stipulation to ADR process or notice of need for ADR telephone conference | November 2, 2006 | December 4, 2006 |
| Last day for parties to complete their initial disclosures or state objections in Rule 26(f) report, file case management statement and Rule 26(f) report | November 22, 2006 | December 20, 2006 |
| Initial case management conference (3:00 p.m.) via telephone. Plaintiff's Counsel shall initiate the conference call and call the Court with all parties on the line at (510)637-3559. | December 6, 2006 | January 10, 2007 |

Dated: September 15, 2006.

_____
Saundra Brown Armstrong
United States District Judge