1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
2  55 Second Street, 24th Floor
   San Francisco, California  94105
3  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
4  jeffwohl@paulhastings.com

5  STEPHEN H. HARRIS (Cal. State Bar No. 184608)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
6  515 South Flower Street, 25th Floor
   Los Angeles, California  90071
7  Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
8  stephenharris@paulhastings.com

9  Attorneys for Defendant
   Los Alamos National Security, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSITY PROFESSIONAL AND TECHNICAL EMPLOYEES, CWA LOCAL 9119, AFL-CIO; RICHARD MONTOYA; CATHERINE CHAPMAN; THOMAS MARKS; and MANUEL TRUJILLO,<br><br>                Plaintiffs/Petitioners,<br><br>     vs.<br><br>BOARD OF REGENTS OF THE UNIVERSITY OF CALIFORNIA; LOS ALAMOS NATIONAL SECURITY, LLC; and DOES 1 TO 40, inclusive,<br><br>                Defendants/Respondents. | No. C-06-03326-SBA<br><br>**ORDER GRANTING STIPULATION RE: EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND EXPENSES** |

LEGAL_US_W # 54959174.1

STIPULATION RE: EXTENSION OF TIME TO FILE
MOTION FOR ATTORNEYS' FEES AND EXPENSES
U.S.D.C., N.D. Cal., No. C-06-03326-SBA

On the stipulation of Plaintiffs University Professional and Technical Employees, CWA Local 9119, AFL-CIO; Richard Montoya; Catherine Chapman; Thomas Marks; and Manual Trujillo and defendant Los Alamos National Security, LLC ("LANS"), and good cause appearing therefor,

IT IS ORDERED that LANS may have up to and including December 18, 2006, by which to file its motion for attorneys' fees and expenses.

Dated: November 27, 2006.

_____
Saundra Brown Armstrong
United States District Judge

LEGAL_US_W # 54959174.1

STIPULATION RE: EXTENSION OF TIME TO FILE
MOTION FOR ATTORNEYS' FEES AND EXPENSES
U.S.D.C., N.D. Cal., No. C-06-03326-SBA